# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN WALSH, III** : | **CIVIL ACTION NO. 3:16-1722** |
| **Plaintiff** : | |
| v. : | **(Mannion, D.J.)** <br> **(Carlson, M.J.)** |
| **ROBERT WALACE, ESQ.,** : <br> **et al.,** | |
| **Defendants** : | |

## O R D E R

For the reasons stated in the accompanying memorandum, plaintiff will be allowed one last opportunity until November 25, 2016 to file a proper, all inclusive amended complaint as specified in Judge Carlson's August 19, 2016 report and recommendation, (Doc. 3). Failure of plaintiff to timely file his amended complaint as specified will result in the dismissal of this case with prejudice, and without any further notice. The clerk of court is directed to recommit this case to Judge Carlson for further proceedings.

S/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 9, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1722-01-Order.wpd